

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00148-CV

CITY OF NASSAU BAY, TEXAS, Appellant

V.

H. RAY BARRETT AND 1438 KINGSTREE LANE, Appellees

Appeal from the 152nd District Court of Harris County.  (Tr. Ct. No. 2013-10661).

After due consideration, the Court **grants** the parties' joint motion to dismiss the appeal.  Accordingly, the Court **dismisses** the appeal.

Pursuant to the parties' agreement, costs are taxed against the party incurring same.

The Court **orders** that this decision be certified below for observance.

Judgment rendered December 29, 2015.

Per curiam opinion delivered by panel consisting of Justices Keyes, Massengale, and Lloyd.